

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00278-CV

## IN THE ESTATE OF JULIA LOPEZ, DECEASED

**From the County Court at Law No. 2**
**McLennan County, Texas**
**Trial Court No. 2014 0322 PRl**

## ABATEMENT ORDER

On November 29, 2018, Appellee, Jacob George Straub, Dependent Administrator of the Estate of Julia Lopez, deceased, filed a motion to abate the appeal for correction of the record. This Court requested a response from the Appellant, Andrew Lopez. Appellant filed a response on December 4, 2018 opposing the abatement for correction of the record.

Appellee contends that he filed a trial brief with the trial court at a hearing held on October 12, 2016 that is not included in the appellate record. Appellee states that the trial brief appears to be lost or destroyed and requests that this Court abate the appeal to direct the trial court to determine what constitutes an accurate copy of the trial brief filed

with the trial judge at the October 12, 2016 hearing and order its inclusion in a supplemental record.

We abate this appeal for the trial court to conduct a hearing to determine if Appellee filed a trial brief at the October 12 hearing that was not included in the appellate record and should have been included in the record. The trial court should hold the hearing within 30 days from the date of this order. If the trial court determines that the trial brief was properly filed and not included in the record, the trial court should then determine what constitutes an accurate copy of the trial brief and supplement the record accordingly. If the trial court determines that the trial brief was not properly filed, the trial court shall prepare and file findings accordingly. The supplemental clerk's record is ordered to be filed within 45 days of the date of this Order. The motion to abate the appeal is granted. Appellant filed his brief on January 28, 2019. Appellant will have 30 days after the supplemental clerk's record is filed to make any necessary amendments to the brief.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Motion granted; Appeal abated
Order issued and filed February 27, 2019

